MOOK, Respondent, v. PARKE et al., Appellants.

(City Court of New York, General Term.   March 9, 1894.)

Action by William H. Mook against Parke, Davis & Co.
Argued before NEWBURGER and McCARTHY, JJ.

Chambers & Boughton, for appellants.
Burr & Delacy, for respondent.

NEWBURGER, J.   This action is brought to recover damages for a wrongful discharge.   It is claimed by the appellants that the only error committed on the trial was in the rejection by the trial justice of certain evidence offered by the defendant on the trial.   A careful reading of the printed case fails to disclose any error on the part of the trial justice that would warrant us in disturbing the judgment herein.   Judgment affirmed, with costs.

---

HAGUE, Respondent, v. CONE, Appellant.

(City Court of New York, General Term.   March 9, 1894.)

Appeal from trial term.
Action by Thomas G. Hague against Henry D. Cone.
Argued before VAN WYCK and NEWBURGER, JJ.

Burrill, Zabriskie & Burrill, for appellant.
H. C. Machin, for respondent.

NEWBURGER, J.   This is an appeal from a judgment entered on a verdict.   This action was brought to recover for a balance of moneys loaned, advanced, and paid out.   The answer of the defendant admitted the loans and advances, but pleaded payment and a counterclaim for $2,500, the amount of a note defendant alleged he gave to the plaintiff to get discounted for him, and which he appropriated to his own use.   The plaintiff claimed that said note was given to and applied by him on an account for services rendered the defendant.   A careful examination of the record, and of the briefs submitted, fails to disclose any error that would warrant us in disturbing the judgment herein.   Judgment affirmed, with costs.

---

CLOSE, Respondent, v. BEALS, Appellant.

(Superior Court of Buffalo, General Term.   November, 1893.)

Action by Charles J. Close against Pascal P. Beals.   Defendant appeals from a judgment entered on a verdict directed by the court in favor of plaintiff for $1,400.   For former report, see 21 N. Y. Supp. 1086.
Argued before TITUS, C. J., and WHITE, J.

Frank F. Williams, for appellant.
Simon Fleischmann, for respondent.

WHITE, J.   By stipulation of the parties, the decision in this case is to follow that in Close v. Potter, 5 Misc. Rep. 543, 25 N. Y. Supp. 972, and therefore the judgment appealed from should be reversed, and a new trial granted, with costs to abide the event.